**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1222**

———————

SARA CAPELLI,

       Appellant,

   v.

STEPHEN GREGORY CAPELLI, JR.,

       Debtor – Appellee,

   and

THOMAS HERBERT FLUHARTY,

       Trustee.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. John Preston Bailey, District Judge. (2:14-cv-00087-JPB)

———————

Submitted: July 30, 2015         Decided: August 10, 2015

———————

Before MOTZ and GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Sara Capelli, Appellant Pro Se. Todd Bradley Johnson, JOHNSON LAW, PLLC, Morgantown, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sara Capelli appeals the district court's order affirming the bankruptcy court's order overruling her objections to the exemptions claimed by the debtor in the underlying bankruptcy proceeding. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Capelli v. Capelli</u>, No. 2:14-cv-00087-JPB (N.D. W. Va. Jan. 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>